IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ePLUS, INC.

                    Plaintiff.

     v.                    Civil Action Number 3:05CV281-JRS

SAP AMERICA, INC., et al.

                    Defendants.

## **ORDER**

     THIS MATTER comes before the Court on Plaintiff's ePlus, Inc.'s ("ePlus") Motion for Protective Order Governing Discovery and Handling of Confidential Materials, filed on July 12, 2005. For the reasons articulated in the accompanying Memorandum Opinion, Plaintiff's motion is GRANTED. Accordingly, the proposed protective order submitted by Plaintiff is ADOPTED by the Court. The parties are hereby ORDERED to abide by the protective order submitted by Plaintiff.

     Let the Clerk send a copy of this Order to all parties of record.

     It is SO ORDERED.

ENTERED this __30th__ day of AUGUST, 2005

                                       /s/ James R. Spencer
                                       JAMES R. SPENCER
                                       UNITED STATES DISTRICT JUDGE